UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR16-287-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| DANIEL RAMOS DOMINGUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged:    Conspiracy to Distribute Controlled Substances

Date of Detention Hearing:    November 10, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant was born in the United States although he lived in Mexico until age 10.  He still has family contacts in Mexico.  His criminal record includes a number of failures to appear for hearing, with bench warrant activity.  He has a significant marijuana habit, which he indicates has caused him to miss court dates and medical appointments.  At the time of service of the bench warrants in this case, defendant fled the scene and was apprehended several days later.  According to case agents, he was smoking marijuana in a parking lot and was arrested on outstanding warrants from local and county courts.  Case agents also allege that a backpack with a kilogram of cocaine was recovered in a backpack which they connect to defendant.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

DETENTION ORDER
PAGE -2

01     the defendant to a United States Marshal for the purpose of an appearance in connection

02     with a court proceeding; and

03 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

04     for the defendant, to the United States Marshal, and to the United State Pretrial Services

05     Officer.

06 DATED this <u>10th</u> day of November, 2016.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3